IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ELIZABETH KELLY FRANKLIN                                              PLAINTIFF

v.                          CASE NO. 4:20-CV-01037-BSM

SOCIAL SECURITY ADMINISTRATION                                       DEFENDANTS

## ORDER

After careful consideration, Magistrate Judge Edie R. Ervin's recommended disposition is approved and adopted in its entirety. The Commissioner's decision is hereby reversed and remanded for further review.

IT IS SO ORDERED this 17th day of March, 2022.

_____
UNITED STATES DISTRICT JUDGE